UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | M.B.D. Case No. 26-91569 |
| ESTARLIN RODRIGUEZ, | ) | |
| | ) | |
| Defendant | ) | |

**ASSENTED-TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT OR INFORMATION, AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed for the Government's pending case against Estarlin Rodriguez, and to exclude the time period from October 23, 2026, through and including November 23, 2026, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial. Per this motion, the Government requests that the date for the filing of any indictment or information under the Speedy Trial Act be set at November 23, 2026, absent further Order of the Court. The Government further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. The Government has conferred with counsel for Defendant and Defendant assents to this continuance and exclusion of time under the Speedy Trial Act. In support of its request for a continuance and exclusion of time, the Government states as follows:

1. On March 24, 2026, the defendant made his first appearance on a complaint charging dealing firearms without a license and conspiracy to do so, in violation of 18 U.S.C. §§ 922(a)(1)(A), 371, firearms trafficking and conspiracy to do so, in violation of 18 U.S.C. § 933, and being an unlawful alien in possession of a firearm, in violation of 18 U.S.C. § 922(g). *See* 25-mj-3339-JDH.

2. The parties have begun discussions for resolution of this matter. However, even with due diligence, the parties will be unable to finalize their discussions prior to the time within which an indictment or information must be filed. Thus, the Government requests a 30-day extension of time within which an indictment or information must be filed in this case.

3. In light of the above, the government would request the period to file an indictment or information in this case be tolled through November 23, 2026 and that the time period from October 23, 2026 through November 23, 2026 should be excluded under the Speedy Trial Act. Any indictment or information should be filed in this case by November 23, 2026, absent further Order of the Court.

4. A proposed order is attached.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Lauren Maynard*
Lauren Maynard
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3319
lauren.maynard@usdoj.gov

Dated: October 23, 2026

Certificate of Service

I hereby certify that this I have served a copy of the foregoing upon all counsel of record by e-mail.

*/s/ Lauren Maynard*
Lauren Maynard
Assistant United States Attorney

Dated: October 23, 2026

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ESTARLIN RODRIGUEZ,<br>Defendant | )<br>)<br>)<br>)<br>) | M.B.D. Case No. 26-91569 |

**ORDER OF CONTINUANCE AND EXCLUDABLE DELAY**

Upon consideration of the Government's Assented-to Motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The Defendant has been and charged by criminal complaint with dealing firearms without a license and conspiracy to do so, in violation of 18 U.S.C. §§ 922(a)(1)(A), 371, firearms trafficking and conspiracy to do so, in violation of 18 U.S.C. § 933, and being an unlawful alien in possession of a firearm, in violation of 18 U.S.C. § 922(g). *See* 25-mj-3339-JDH. The parties have begun discussions for resolution of this matter; however, even with due diligence, the parties expect to be unable to finalize their discussions prior to the time within which an indictment or information must be filed. As a result, the United States requests an extension of time to return an indictment or file an information. The requested exclusion of time represents a 30-day extension of the United States' time to file an indictment or information under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from October 23, 2026, through and including November 23, 2026, from the speedy trial clock, outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and

5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

In light of the foregoing, the Court hereby grants the Motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an Indictment or Information must be filed is continued to November 23, 2026; and (2) the period from October 23, 2026 through and including November 23, 2026, is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

________________________________________

HON.
UNITED STATES DISTRICT JUDGE

Date: